# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 11:10 am, Nov 26, 2019

| | |
|---|---|
| NGONO ANDRE MARIE, | |
| Petitioner, | CIVIL ACTION NO.: 5:19-cv-21 |
| v. | |
| T. JOHNS, | |
| Respondent. | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Petitioner Ngono Marie ("Marie") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's Motion to Dismiss, **DENIES as moot** Marie's 28 U.S.C. § 2241 Petition and his Motion for Award of Additional Credit, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Marie *in forma pauperis* status on appeal.

**SO ORDERED**, this ___26___ day of ___November___, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)